UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.B., an infant under the age of fourteen (14) years, by her Mother and Natural Guardian, DOROTHY WOODS, and DOROTHY WOODS, Individually,

          Plaintiffs,

v.

UNITED STATES OF AMERICA,

          Defendants.

16 Civ. 8038 (CS)

## ORDER OF DISMISSAL

WHEREAS Plaintiffs S.B., an infant under the age of fourteen (14) years, by her Mother and Natural Guardian, DOROTHY WOODS, and DOROTHY WOODS, Individually (the "Plaintiffs"), and defendant UNITED STATES OF AMERICA (the "United States"), negotiated a settlement that has been fully executed (the "Settlement Agreement"),

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as against the United States, with Plaintiffs and the United States to bear their own costs, expenses, and fees; and

IT IS FURTHER ORDERED that this Court does not retain jurisdiction over this action, the Settlement Agreement, or the United States.

Dated: White Plains, New York
      _Septembe 14_, 2020

SO ORDERED.

_Cathy Seibel_
CATHY SEIBEL, U.S.D.J.