UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.B., an infant under the age of fourteen (14) years, by her
Mother and Natural Guardian, DOROTHY WOODS, and
DOROTHY WOODS, Individually,

                                                  Plaintiffs,

                              v.                                              16 Civ. 8038 (CS)

UNITED STATES OF AMERICA,

                                                  Defendant.

---

**FOURTH SUPPLEMENTAL COMPROMISE ORDER REGARDING THE
SETTLEMENT AND THE DISTRIBUTION OF THE SETTLEMENT FUNDS ON
BEHALF OF A MINOR**

**WHEREAS**, on the 3rd day of May, 2020, the Court approved and signed the Order

Approving the Settlement on Behalf of a Minor S██████ B████ ("S.B.") (the "Settlement

Order") (ECF#93), and the original Supplemental Compromise Order Approving the Settlement

and the Distribution of the Settlement Funds on Behalf of a Minor (the "Original Distribution

Order") (ECF#92), and on the 16th day of September 2020, the Court approved and signed the

Amended Supplemental Compromise Order Approving the Settlement and the Distribution of the

Settlement Funds on Behalf of a Minor (the "Supplemental Distribution Order") (ECF#100), and

on the 6th day of December 2021, the Court approved and signed the Second Supplemental

Compromise Order Regarding the Settlement and the Distribution of the Settlement Funds on

Behalf of a Minor (the "Second Supplemental Distribution Order") (ECF#104), and on the 23rd

day of July 2023, the Court approved and signed the Third Supplemental Compromise Order (the

"Third Supplemental Distribution Order") (ECF#108), and whereas, in addition, the above-

referenced matter having come on for hearing and approval by the Court on the 28th day of April

2020, as to the reasonableness of the allocation and distribution of the net upfront settlement

proceeds from the settlement between the United States of America and Plaintiffs S.B., a minor,

and Dorothy Woods, individually and as mother and natural guardian of S.B.; and

**WHEREAS,** Plaintiffs previously submitted for consideration the Affidavit of Dorothy Woods, as Mother and Natural Guardian of S.B., duly verified and acknowledged on the 20th day of March 2020, the Declaration of Plaintiffs' counsel, Bradley S. Zimmerman, Esq. and Christopher M. Nyberg, Esq., duly executed on the 25th day of March 2020, the application for an Amended Supplemental Compromise Order, the Affidavit of Dorothy Woods, duly verified and acknowledged on the 14th day of September 2020, the Affidavit of Louise M. Bradford, duly verified and acknowledged on the 14th day of September 2020, the Affidavit of Dorothy Woods dated the 23rd day of November 2021, the Affidavit of Dorothy Woods dated the 20th day of June 2023, and additional exhibits; and

**WHEREAS,** Plaintiffs have submitted for consideration of this application for approval of this Fourth Supplemental Distribution Order, the Affidavit of Dorothy Woods dated the 29th day of April, 2026, *and a supplement dated 5/13/26* and additional exhibits; and

**WHEREAS,** the complete and precise terms and conditions of the settlement in this matter are set forth in the Stipulation For Compromise Settlement And Release Of Federal Tort Claims Act Claims Pursuant To 28 U.S.C. § 2677 and the Irrevocable Reversionary Inter Vivos Grantor Medical Care Trust for the Benefit of S.B., as well as in the Settlement Order, and whereas, in addition, the other terms and conditions of the distribution of the Settlement are contained in the Original Distribution Order (ECF#93), the Supplemental Distribution Order (ECF#100), the Second Supplemental Distribution Order (ECF#104), and the Third Supplemental Distribution Order (ECF#108); and

**WHEREAS,** the Original Distribution Order (ECF#92) and Supplemental Distribution Order (ECF#100) allowed for the purchase of a single-family residence for the use and benefit of S.B., which property would be owned by "Dororthy Woods, as Mother and natural guardian of

S███ B███," and authorized the execution of all documents and payments necessary to complete such purchase; and

**WHEREAS,** pursuant to the Supplemental Distribution Order (ECF#100), Dororthy Woods purchased the property at 115 Brigadoon Boulevard, Highland Mills, NY 10930-8325 for the use and benefit of S.B. (referred herein as the "Original House") with the deed indicating the owner of the such house is "Dororthy Woods, as Mother and natural guardian of S███ B███" (ECF#103-5); and

**WHEREAS,** Dorothy Woods, the Mother and natural guardian of S.B., wishes to sell the Original House and to purchase the property at 34 Booth Road, Chester, New York, NY 10918 (referred herein as the "New House") for various reasons indicated in the Affidavit of Dororthy Woods, for the benefit of S.B. and her family.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Court finds the terms and conditions of the proposed supplemental provisions regarding the settlement proceeds, which are contained within this Order, to be fair, reasonable, and in the best interests of S.B., the minor Plaintiff, and to satisfy the requirements of Local Civil Rule 83.2, and that therefore the Original Distribution Order, Amended Distribution Order, Second Supplemental Distribution Order, and Third Supplemental Distribution Order are hereby supplemented as listed below.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Dorothy Woods, as Mother and Natural Guardian of S.B., is authorized to sell the Original House for an approximate gross total of SEVEN HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($750,000.00), subtracted by various closing costs, expenses, remaining taxes, fees, and other costs, and that all of the proceeds from the sale of the Original House shall be deposited and held in the escrow account of Isaac Scheiner, P.C., which is maintained at Dime Community Bank, for

the purposes of purchasing the New House for the use and benefit of S.B., and that Dorothy Woods is authorized to execute all documents necessary to effectuate the sale of the Original House.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Dorothy Woods, as mother and natural guardian of S.B., is authorized to purchase the New House, which is a single-family residence being purchased for the use and benefit of S.B., for a total sum of approximately SIX HUNDRED SIXTY SIX THOUSAND AND NO CENTS ($666,000.00), plus any additional closing costs, adjustments, or expenses that may arise, and that Dorothy Woods is authorized to execute all documents necessary to effectuate the purchase of the New House.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the deed for the New House will be written such that the owner of the New House will be "Dorothy Woods, as mother and natural guardian of S.B. [with the name spelled out in the deed]," and that upon reaching the age of 18, ownership of the property shall be transferred solely to the Article 81 Guardian of the Property of S.B., once such guardian is appointed.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, without further order of the court, upon presentation of a bill of sale, proof of contract of sale, invoice, and/or other document for the issuance of the full amount due by Dororthy Woods as purchaser of the New House to Isaac Scheiner, P.C., is authorized and directed to issue a check on behalf of Dorothy Woods and S.B. in the amount specified for the total purchaser amount due at closing, plus any additional closing costs, adjustments, or expenses that may arise,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that within sixty (60) days of the completion of the purchase of the New House, Dorothy Woods shall submit proof of payment thereof to the Court with a copy of the deed.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that following the

purchase of the New House, and upon presentation of a bill, invoice, statement, and/or other document representing the total professional moving costs from the Original House to the New House to Isaac Scheiner, P.C., Isaac Scheiner, P.C. shall issue a check to Dorothy Woods for the amount of such bill, invoice, statement, and/or other document, up to a maximum of THREE THOUSAND TWO HUNDRED DOLLARS AND NO CENTS ($3,200.00), from the balance of funds in their escrow account held on behalf of Dorothy Woods and S.B. related to the sale of the Original House.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that following the purchase of the New House and the aforementioned payment of moving costs to Dorothy Woods, Isaac Scheiner, P.C. shall issue a check for the balance of the funds remaining in their escrow account held on behalf of Dorothy Woods and S.B. related to the sale of the Original House, to "Dororthy Woods, as Mother and Natural Guardian of S.B. [with the name spelled out on the check], jointly with an officer of Bank of America," which Dorothy Woods shall deposit in the existing Bank of America Account, which account is a high yield interest-bearing account that was created for the use and benefit of the infant, and for which no withdrawals are permitted from said account before the infant reaches of the age of eighteen (18) years, except as directed in this order, the prior orders issued on this case, and/or by further order of this Court.

_____
HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE
Dated this 5th day of ___ May ___, 2026
White Plains, New York

5